IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNIE LUCKY CANTRELL, | No. 2:19-CV-1192-TLN-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| S. TYSON, | |
| Defendant. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is plaintiff's second motion for the appointment of counsel (ECF No. 21). The Court denied plaintiff's first motion for the appointment of counsel on February 13, 2020. See ECF No. 17. In addition to repeating the same arguments made in his first motion, ECF No. 15, plaintiff notes that the recent outbreak of the Covid-19 disease in CDCR facilities has frustrated his ability to perform legal work. However, the Court has the discretion to address such issues with an order granting extensions of time. Thus, for the reasons outlined in the Court's previous order, plaintiff is not currently entitled to court-appointed counsel.

///
///
///
///

Accordingly, IT IS HEREBY ORDERED that plaintiff's request for the appointment of counsel (ECF No. 21) is denied.

Dated: May 21, 2020

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE