# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNIE LUCKY CANTRELL, | No. 2:19-CV-1192-TLN-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| S. TYSON, | |
| Defendant. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court are the parties' motions to modify the schedule for this litigation. See ECF Nos. 25 and 26. Insofar as both parties seek modification of the schedule, each motion is essentially unopposed. Good cause appearing therefor, the parties' motions will be granted.

In his motion, defendant also seeks leave to conduct plaintiff's deposition by remote means pursuant to Federal Rule of Civil Procedure 30(b)(4). Good cause appearing therefor, defendant's request will be granted.

/ / /

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED that:

    1.    The parties' motions to modify the schedule (ECF Nos. 25 and 26) are granted.

    2.    The parties may conduct discovery until August 3, 2020. All requests for discovery pursuant to Fed. R. Civ. P. 30, 31, 33, 34, 36, and 45 shall be served by this discovery cut-off date. Any motions necessary to compel discovery shall be filed within 60 from this cut-off date.

    3.    All dispositive motions shall be filed within 90 days after the discovery cut-off date specified above.

    4.    Defendant is authorized to take plaintiff's deposition by remote means.

Dated:  May 28, 2020

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE