# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

DONNIE LUCKY CANTRELL,

    Plaintiff,

  v.

S. TYSON,

    Defendant.

No. 2:19-CV-1192-TLN-DMC-P

ORDER

        Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Defendant applied ex parte for a continuance and resetting of the discovery deadline in order to take plaintiff's deposition. Plaintiff further seeks an order to take plaintiff's deposition via remote video conference, and if necessary, to continue to apply. Good cause appearing, defendant's application (ECF No. 28) is GRANTED.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

The Court resets the deadline for noticing plaintiff's deposition to October 3, 2020. Any motions necessary to compel discovery shall be filed within 60 from this cutoff date. All dispositive motions shall be filed within 90 days after the discovery cut-off date specified above. Further, the deposition may be taken via video conference, if necessary, with the plaintiff, the deposition reporter and defense counsel to be in separate locations and such deposition testimony shall be admissible.

IT IS SO ORDERED.

Dated: August 4, 2020

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE