IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNIE LUCKY CANTRELL,<br><br>        Plaintiff,<br><br>   v.<br><br>S. TYSON,<br><br>        Defendant. | No. 2:19-CV-1192-TLN-DMC-P<br><br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's request, ECF No. 49, for a settlement conference. Within 14 days of the date of this order, Defendant shall file a response to Plaintiff's request indicating whether or not Defendant is amenable to a settlement conference.

IT IS SO ORDERED.

Dated: December 28, 2021

                                              DENNIS M. COTA
                                              UNITED STATES MAGISTRATE JUDGE