IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNIE LUCKY CANTRELL,<br><br>    Plaintiff,<br><br>  v.<br><br>S. TYSON,<br><br>    Defendant. | No. 2:19-CV-1192-TLN-DMC-P<br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's request, ECF No. 49, which is construed as a motion for a settlement conference. At the Court's direction, Defendant has responded to Plaintiff's motion. See ECF No. 55. Defendant declines to participate in settlement discussions at this time. Accordingly, Plaintiff's motion for a settlement conference is denied.

IT IS SO ORDERED.

Dated: January 31, 2022

                                          DENNIS M. COTA
                                        UNITED STATES MAGISTRATE JUDGE