IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNIE LUCKY CANTRELL,  <br>    Plaintiff,  <br>    v.  <br>S. TYSON,  <br>    Defendant. | No.  2:19-CV-1192-TLN-DMC-P  <br><br>ORDER |

        Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the Court is Plaintiff's motion, ECF No. 61, for the attendance of incarcerated witness T. Lewis at the trial of this matter.  Plaintiff's motion is denied without prejudice.

        On June 27, 2022, the Court issued an order directing the parties to file their pre-trial statements and, with those statements, any motions for the attendance of incarcerated witnesses.  See ECF No. 60.  By prior order, the parties were instructed as to the required contents of any motion for the attendance of incarcerated witnesses.  See ECF No. 56.  In particular, the Court directed that any such motion must be supported by an accompanying affidavit showing the prospective witness's actual knowledge of relevant events.  See id. at 2.  The party seeking attendance of an incarcerated witness must also indicate whether the witness is willing to testify.  See id.  Here, Plaintiff's motion does not comply with these requirements

because Plaintiff has not submitted any affidavit indicating that Mr. Lewis has relevant knowledge or that he is willing to testify.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion, ECF No. 61, for the attendance of incarcerated witness T. Lewis is denied without prejudice to renewal accompanied by the required affidavit(s).

Dated:  September 12, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE